UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTIAN TRUJILLO HERNANDEZ,

Petitioner,

v.

ANGELA DUNBAR et al.,

Respondents.

Case No. 1:26-cv-2880

Honorable Paul L. Maloney

# ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on October 9, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) The Court's order also directed Respondents to file a recording or transcript of any bond hearing held. (*Id.*)

Respondents filed their response on October 9, 2026. (ECF No. 4.) Respondents' response does not indicate that Petitioner previously had a bond hearing in Immigration Court, nor does it provide a recording or transcript of such a hearing. (*Id.*)

Petitioner filed his reply on October 15, 2026. (ECF No. 5.) Petitioner's reply indicates that he may have had a bond hearing in October 2026 (*Id.*, PageID.29, 32–33.) Specifically, the reply states,

> After the Government filed its Response, Petitioner learned that he may have been brought [*pro se*] before an Immigration Judge on or

> about October 6 or 7, 2026 (prior to the filing of the Response), for what was described as a hearing under 8 U.S.C. § 1226(a). Petitioner cannot say what occurred because he received no notice prior to the hearing, no written determination issued, and counsel can locate no record of any bond decision in the immigration court's system.

(*Id.*) The statements in Petitioner's reply lack specificity; however, the Court finds that, to resolve the petition, more information is needed regarding whether Petitioner previously had a bond hearing in Immigration Court.

Accordingly,

**IT IS ORDERED** that, within three business days, Respondents shall file a written response indicating whether Petitioner has had any prior bond hearings in Immigration Court. If Petitioner has had any prior bond hearings, Respondents are directed to include a copy of the Immigration Court's order for the bond hearings and to file a transcript, and if a transcript is not available, a recording of any prior bond hearings.

Dated: October 22, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge